AUGUSTUS S. HOUGHTON et al., Appellants, *v.* HECTOR W. THOMAS et al., Respondents, Impleaded with Others.

*Appeal — motion to dismiss denied.*

Reported below, 220 App. Div. 415.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1927, modifying and affirming as modified a judgment entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Appellate Division had unanimously affirmed that part of the judgment of Special Term dismissing the complaint and that permission to appeal had not been obtained.

*Philip J. Dunn* for motion.

*George A. Ferris* opposed.

Motion denied, without costs.

---

LOUIS FELDMAN, Respondent, *v.* JOSEPH BARSHAY, Appellant.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 130.)

---

FREDERICK K. KOOKOGEY, Appellant, *v.* CHARLES A. O'HARA, Respondent, Impleaded with Others.

*Appeal — judgment entered upon order of Appellate Division dismissing appeal thereto — failure to file undertaking — appeal to Court of Appeals dismissed.*

*Kookogey* v. *O'Hara*, 220 App. Div. 790, appeal dismissed.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment, entered May 24, 1927, upon an order of the Appellate Division

of the Supreme Court in the third judicial department, which dismissed an appeal from a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal and of failure to file the required undertaking.

*Walter J. Welch* for motion.

*William S. Sinclair* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

EDWARD I. HEYMAN, Doing Business under the Firm Name of GARAGE REAL ESTATE COMPANY, Appellant, *v.* SAM WITKIN et al., Copartners under the Firm Name of WITKIN & LEVINE, Respondents.

*Appeal — motion to dismiss granted.*

*Heyman* v. *Witkin,* 220 App. Div. 761, appeal dismissed.
(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1927, reversing on the facts a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*Meyer D. Siegel* for motion.

*Israel Siegel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.